UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| **FILED** |
| --- |
| April 09, 2014 |
| CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA |

UNITED STATES OF AMERICA,

     Plaintiff,

  v.

JESSE TOLEN,

     Defendant.

Case No.  2:14-mj-00082-CKD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JESSE TOLEN ,

Case No. 2:14-mj-00082-CKD  from custody for the following reasons:

        Release on Personal Recognizance

X   Bail Posted in the Sum of $     25,000

X   Unsecured Appearance Bond $    25,000, cosigned by Britney Rexford and Caitlyn Dion

        Appearance Bond with 10% Deposit

        Appearance Bond with Surety

        Corporate Surety Bail Bond

X   (Other):    Pretrial Services conditions. Ordered to appear in the Northern District of Iowa on 4/18/2014 at 10:00 AM before the Magistrate Judge.

Issued at Sacramento, California on April 09, 2014 at 2:25

By: _____

Magistrate Judge Carolyn K. Delaney